UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
DIERCKENS, CATHY A                  §      Case No. 09-27155
                                    §
              Debtor(s)             §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF COURT
          219 S. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/15/2011 in Courtroom 4016,
          DuPage Judicial Center
          505 N. County Farm Road
          Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/14/2011          By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
DIERCKENS, CATHY A § Case No. 09-27155
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 32,010.56 |
| and approved disbursements of | $ 27.17 |
| leaving a balance on hand of[1] | $ 31,983.39 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 3,950.79 | $ 0.00 | $ 3,950.79 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,950.79 |
| Remaining Balance | $ 28,032.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,157.74  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 11,186.19 | $ 0.00 | $ 3,330.35 |
| 000002 | TARGET NATIONAL BANK | $ 17,413.12 | $ 0.00 | $ 5,184.23 |
| 000003 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 13,158.24 | $ 0.00 | $ 3,917.46 |
| 000004 | PYOD LLC ias assignee of Citibank | $ 9,933.77 | $ 0.00 | $ 2,957.48 |
| 000005 | PYOD LLC ias assignee of Citibank | $ 16,842.96 | $ 0.00 | $ 5,014.48 |
| 000006 | PYOD LLC assignee of Citibank | $ 25,623.46 | $ 0.00 | $ 7,628.60 |

Total to be paid to timely general unsecured creditors    $    28,032.60

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Cathy A Dierckens
    Debtor

Case No. 09-27155-JHS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: csimmons    Page 1 of 1    Date Rcvd: Jun 15, 2011
                   Form ID: pdf006    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2011.
```
db          +Cathy A Dierckens,    119 Brewster Ct,    B,    Bloomingdale, IL 60108-8255
aty         +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 W Lawrence Avenue,
              Chicago, IL 60625-5104
aty         +Robert Brynjelsen,    Geraci Law LLC,    55 East Monroe St. Suite #3400,    Chicago, IL 60603-5920
tr          +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
              Chicago, IL 60625-5104
14214616    +AT&T Universal Card/Citibank,    Attn: Bankruptcy Dept.,    Po Box 6241,
              Sioux Falls, SD 57117-6241
14214613    +Bank of America,    Attn: Bankruptcy Dept.,    Po Box 1598,    Norfolk, VA 23501-1598
14214608    +Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,    Richmond, VA 23285-5520
14214614    +Citi Cards,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
14214611     Clerk of the Court, DuPage Co.,    Doc # 09 AR 1072,    180 N. LaSalle St., Ste. 2400,
              Wheaton, IL 60187
14214617     Eagle Food Centers,    Attn: Bankruptcy Dept.,    4150 Archer Dr.,    East Moline, IL 61244
14214612    +HSBC,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
14692508    +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
14214607    +Sears/Citibank,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
14428530    +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
14214615    +Target National Bank,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
14214610    +Weltman, Weinberg & Reis Co.,    Bankruptcy Department,    180 N. LaSalle St., Ste. 2400,
              Chicago, IL 60601-2704
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14214618    +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Jun 15 2011 23:28:03
              Creditors Protection Service,    Bankruptcy Department,    202 W. State St. # 300,
              Rockford, IL 61101-1116
14426294     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2011 00:00:34     DISCOVER BANK,
              DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
14214609     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2011 00:00:34     Discover Financial Services,
              Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850
14552255     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 16 2011 00:00:09
              FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
              Oklahoma City, OK 73124-8809
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14214606    ##+CitiMortgage Inc.,    Attn: Bankruptcy Dept.,    Po Box 9438,    Gaithersburg, MD 20898-9438
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2011**             **Signature:** *Joseph Speetjens*