UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                §
                                      §
DIERCKENS, CATHY A                    §        Case No. 09-27155
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citimortgage |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One | | | | | |
| | Eagle Food Center | | | | | |
| | HSBC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000003 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000004 | PYOD LLC ASSIGNEE CITIBANK | | | | | |
| 000005 | PYOD LLC ASSIGNEE CITIBANK | | | | | |
| 000006 | PYOD LLC ASSIGNEE CITIBANK | | | | | |
| 000002 | TARGET NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-27155 | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DIERCKENS, CATHY A | | Date Filed (f) or Converted (c): | 07/27/09 (f) |
| | | | 341(a) Meeting Date: | 09/01/09 |
| For Period Ending: | 10/29/11 | | Claims Bar Date: | 12/03/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 129,900.00 | 0.00 | | 32,000.00 | FA |
| 2. BANK ACCOUNTS | 1,714.00 | 0.00 | DA | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. BOOKS AND ART OBJECTS | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. WEARING APPAREL AND JEWELRY | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. PENSION PLANS AND PROFIT SHARING | 110,000.00 | 0.00 | DA | 0.00 | FA |
| 8. 2006 Taurus | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 10.93 | Unknown |
| TOTALS (Excluding Unknown Values) | $246,814.00 | $0.00 | | $32,010.93 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/10     Current Projected Date of Final Report (TFR): 12/30/10

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Ver: 16.04c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-27155 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DIERCKENS, CATHY A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7970  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9948 | | | |
| For Period Ending: | 10/29/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/30/10 | 1 | Cathy Dierckens | Settlement with Debtor | 1129-000 | 32,000.00 | | 32,000.00 |
| 02/26/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.65 | | 32,000.65 |
| 03/06/10 | 000101 | International Sureties Ltd 701 Polydras St.  #420 New Orleans LA 70139 | bond premium | 2300-000 | | 27.17 | 31,973.48 |
| 03/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 31,974.30 |
| 04/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.79 | | 31,975.09 |
| 05/28/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.81 | | 31,975.90 |
| 06/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.80 | | 31,976.70 |
| 07/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.81 | | 31,977.51 |
| 08/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.82 | | 31,978.33 |
| 09/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.79 | | 31,979.12 |
| 10/29/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.81 | | 31,979.93 |
| 11/30/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.79 | | 31,980.72 |
| 12/31/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.81 | | 31,981.53 |
| 01/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.81 | | 31,982.34 |
| 02/28/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 31,982.59 |
| 03/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 31,982.86 |
| 04/29/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 31,983.11 |
| 05/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 31,983.39 |
| 06/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 31,983.65 |
| 07/14/11 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 31,983.76 |
| 07/14/11 | | Transfer to Acct #*******5974 | Final Posting Transfer | 9999-000 | | 31,983.76 | 0.00 |

Page Subtotals         32,010.93         32,010.93

Ver: 16.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 09-27155 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | DIERCKENS, CATHY A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7970 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9948 | | | |
| For Period Ending: | 10/29/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 32,010.93 | 32,010.93 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 31,983.76 | |
| | | | Subtotal | | 32,010.93 | 27.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 32,010.93 | 27.17 | |

Page Subtotals    0.00    0.00

Ver: 16.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 09-27155 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DIERCKENS, CATHY A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5974  Checking - Non Interest |
| Taxpayer ID No: | *******9948 | | | |
| For Period Ending: | 10/29/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/14/11 | | Transfer from Acct #*******7970 | Transfer In From MMA Account | 9999-000 | 31,983.76 | | 31,983.76 |
| 07/15/11 | 001001 | Brenda Porter Helms | TRUSTEE FEE | 2100-000 | | 3,950.79 | 28,032.97 |
| 07/15/11 | 001002 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Final Distribution | 7100-000 | | 3,330.39 | 24,702.58 |
| 07/15/11 | 001003 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Final Distribution | 7100-000 | | 5,184.29 | 19,518.29 |
| 07/15/11 | 001004 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final Distribution | 7100-000 | | 3,917.52 | 15,600.77 |
| 07/15/11 | 001005 | PYOD LLC ias assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Final Distribution | 7100-000 | | 2,957.52 | 12,643.25 |
| 07/15/11 | 001006 | PYOD LLC ias assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Final Distribution | 7100-000 | | 5,014.54 | 7,628.71 |
| 07/15/11 | 001007 | PYOD LLC assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Final Distribution | 7100-000 | | 7,628.71 | 0.00 |
| | | | Page Subtotals | | 31,983.76 | 31,983.76 | |

Ver: 16.04c

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-27155 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DIERCKENS, CATHY A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5974 Checking - Non Interest |
| Taxpayer ID No: | *******9948 | | | |
| For Period Ending: | 10/29/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 31,983.76 | 31,983.76 | 0.00 |
| Less: Bank Transfers/CD's | 31,983.76 | 0.00 | |
| Subtotal | 0.00 | 31,983.76 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 31,983.76 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********7970 | 32,010.93 | 27.17 | 0.00 |
| Checking - Non Interest - ********5974 | 0.00 | 31,983.76 | 0.00 |
| | 32,010.93 | 32,010.93 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 10/29/11

BRENDA PORTER HELMS, TRUSTEE

Page Subtotals        0.00        0.00

Ver: 16.04c